UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY SOAVE,

Plaintiff,

vs.

Case No. 15-cv-12324
Hon. Paul Borman

RICHARD S. CRAWFORD,

Defendant.
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, through its attorneys, Honigman Miller Schwartz and Cohn LLP, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41 (a)(1)(A)(i).

/s/ I.W. Winsten
Honigman Miller Schwartz And Cohn LLLP
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7608
iww@honigman.com
(P30528)
Attorneys for Plaintiff

Dated: September 17, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ I. W. Winsten
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7608
iww@honigman.com
(P30528)
Attorneys for Plaintiff

DATED: September 17, 2015

19048973.1