UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY SOAVE,

Plaintiff,

v.

Case No. 15-12324
Honorable Paul D. Borman

RICHARD S. CRAWFORD,

Defendant.
__________________________________________/

**ORDER OF DISMISSAL**

On September 17, 2015, the plaintiff filed a notice of voluntary dismissal without prejudice.

Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: September 23, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 23, 2015.

s/Deborah Tofil
Case Manager